[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 27, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10015
Non-Argument Calendar

_____

D. C. Docket No. 91-00301-CR-T-17MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEVINE JUSTICE ARCHER,
a.k.a. Jamaican Joe,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 27, 2009)

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Levine Justice Archer, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Archer's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.